Tracy PYLE, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 2012–8001.

United States Court of Appeals,
Federal Circuit.

Dec. 11, 2012.

James W. Kilbourne, Jr., The Dungan Law Firm, P.A., of Asheville, NC, argued for the petitioner.

Devin A. Wolak, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel was Rafael A. Madan, General Counsel.

MOORE, CLEVENGER, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.